**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**GREENVILLE DIVISION**

| | |
|---|---|
| **JEFFERY DAVIS,** | **PLAINTIFF** |
| **V.** | **NO. 4:07CV104-P-B** |
| **MILTON GASTON, et. al,** | **DEFENDANTS** |

## ORDER DENYING MOTION FOR RECONSIDERATION

Plaintiff's *pro se* § 1983 complaint was filed on July 10, 2007. On December 17, 2007, Plaintiff's complaint was dismissed for failure to state a claim upon which relief could be granted and the matter was closed. On December 20, 2007, Plaintiff filed a motion for reconsideration of the dismissal.

As before, after reviewing the original pleadings as well as the motion and the applicable law, the court concludes that the dismissal of Plaintiff's complaint was correct in law and fact. Plaintiff has failed to produce a factual or legal basis to alter the court's ruling. Therefore, the motion for reconsideration (docket entry 22) is hereby **DENIED**.

**SO ORDERED**:

THIS, the 21st day of February, 2008.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE